# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJIN TELECOM, LLC, <br>    Plaintiff, <br><br>    v. <br><br> NOS COMMUNICATIONS, INC., <br>    Defendant. | CV 19-10919 DSF (JPRx) <br><br> Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

  Defendant removed this case to this Court on the basis of diversity jurisdiction. However, the citizenship of one or more parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).[1] Therefore, Defendant is ordered to file an amended notice of removal no later than February 18, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

  IT IS SO ORDERED.

Date: 2-4-2020

                _____
                Dale S. Fischer
                United States District Judge

---

[1] Defendant stated the rule correctly in the notice of removal, yet failed to apply it to Plaintiff's citizenship.